UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SYED BOKHARI, METRO LIVERY, INC., RICHARD SIMPKINS, and ALLEN VANPLIET, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:11-00088 Judge Sharp |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court hereby enters the following rulings:

(1) Defendant's Motion to Dismiss (Docket No. 43) is hereby DENIED; and

(2) Defendant's Motion to Dismiss Brian McQuistion (Docket No. 12) is hereby DENIED AS MOOT.

This case is returned to the Magistrate Judge for further pretrial case management in accordance with the Order of reference previously entered in this case.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE