UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SYED BOKHARI, METRO LIVERY, INC., RICHARD SIMPKINS, and ALLEN VANPLIET, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:11-00088 ) Judge Sharp |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, | ) ) ) ) |
| Defendant. | ) |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court enters the following rulings:

(1) Plaintiffs' Motion for Preliminary Injunction (Docket No. 59) is hereby DENIED; and

(2) Defendant's Motion to Strike (Docket No. 64) is hereby DENIED AS MOOT.

This case is returned to the Magistrate Judge for further pretrial case management in accordance with the previously entered Order of reference.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE